UNITED STATES DISTRICT COURT **CLOSED**
DISTRICT OF NEW JERSEY

ELECTROMAGNETIC TECHNOLOGIES, :
                INC.
                      :     Civil 08-2297(SDW)
    v.
                      :     ORDER DISMISSING CASE
CCOM, et al          pursuant to L. Civ. R. 41.1
                      :

It appearing to the Court that the above case has been pending for more than four months without any proceeding having been taken therein, and no objection having been entered at a call of the calendar,

It is on this 6th day of October 2008,

O R D E R E D  that the above case be and the same hereby is dismissed in accordance with L. Civ. R. 41.1 without prejudice and without cost to either party.

                                              S/Susan D. Wigenton
                                              SUSAN D. WIGENTON
                                              United States District Judge